COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:     Brian Cweren and The Cweren Law Firm, PLLC v. Eureka Multifamily Group, L.P., Rene Campos, Jimmy Arnold, and Chris Robertson

Appellate case number:   01-21-00470-CV

Trial court case number: 2021-18448

Trial court:             55th District Court of Harris County

Appellants, Brian Cweren and The Cweren Law Firm PLLC, have filed a notice of appeal of the trial court's denial of their Motion to Dismiss Under the Texas Citizens Participation Act. On February 14, 2022, appellants informed this Court that a mediation was scheduled for March 4, 2022. On March 31, 2022, the Court requested a status report from the parties as to the outcome of the mediation. Appellants and appellees, Eureka Multifamily Group, L.P., Rene Campos, Jimmy Arnold, and Chris Robertson, have informed the Court that mediation has been rescheduled for May 27, 2022.

Accordingly, **we abate the appeal**. Within **ninety days** of the date of this order, the parties are directed to file a motion to reinstate and dismiss the appeal, a motion to reinstate and proceed with the appeal, or a report advising the Court of the status of the mediation proceedings. If the parties do not respond as directed, the case may be reinstated on the Court's active docket and the appeal will proceed under the applicable Texas Rules of Appellate Procedure.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: ___/s/ Julie Countiss_____
                    ☑Acting individually     ☐ Acting for the Court

Date: ___April 12, 2022_____